

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JAMES GRIFFIS, | § | No. 08-22-00141-CV |
|  | § | Appeal from the |
| Appellant, | § | 368th District Court |
| v. | § | of Williamson County, Texas |
| KEVIN DALE DIDWAY, WILLIAM MARK DIDWAY, AND EMMA GENE DIDWAY GRIFFIS, | § | (TC# 22-0216-C368) |
|  | § |  |
| Appellees. | § |  |

**O R D E R**

On our own motion, and pursuant to TEX.R.APP.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of February 24, 2023, at 9:00 a.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 6th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.